USCA1 Opinion

 

 December 28, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1598  ANGEL TORRES-MALDONADO, Plaintiff, Appellant, v. SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Salvador E. Casellas, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Lynch, Circuit Judges. ______________ ____________________ Raymond Rivera Esteves and Juan A. Hernandez Rivera on brief for ______________________ _________________________ appellant. Guillermo Gil, United States Attorney, Maria Hortensia Rios, ______________ ______________________ Assistant United States Attorney, Robert M. Pekrill, Assistant ___________________ Regional Counsel, and Wayne G. Lewis, Attorney, Social Security ________________ Administration, on brief for appellee. ____________________ ____________________ Per Curiam. Plaintiff-appellant Angel Torres-Maldonado __________ appeals from the district court's decision affirming the denial of disability benefits by the Secretary of Health and Human Services. We have carefully reviewed the parties' briefs and the record on appeal. Appellant's claims that the ALJ failed to consider his allegations of disabling pain or failed to consider the cumulative effect of his impairments are belied by the record. We have also concluded that, in presenting a hypothetical to the vocational expert (VE), the ALJ's misspoken reference to an onset date of 1991, did not mislead the VE as the description of impairments that followed referred to medical evidence within the relevant time period. We affirm on the basis of the district court's well- ______ reasoned Opinion and Order dated May 10, 1995. -2-